# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BENJAMIN McGRAW,** | ] |
| Plaintiff(s), | ] |
| vs. | ] CV-97-N-0149-S |
| **U.S. DELIVERY SYSTEMS SOUTH CENTRAL, INC.,** | ] |
| Defendant(s). | ] |

**ENTERED** JAN 28 1997

### Memorandum of Decision

The plaintiff commenced this civil action on December 12, 1996 in the Circuit Court of Jefferson County, Alabama, alleging that "[o]n or about November 4, 1996, in retaliation for the claim or exercise of rights by Benjamin McGraw as were due under the Alabama Workmen's Compensation Act, the defendants fired Benjamin McGraw." *Complaint* at paragraph 4. He continued, "[t]he defendant's intentionally violated Alabama Code § 25-5-11.1 by firing the plaintiff, Benjamin McGraw in retaliation for claiming/receiving workmen's compensation benefits." *Id.* at paragraph 6.

Congress has provided that "a civil action in any State court arising under the workmen's compensation laws of such State may not be removed to any district court of the United States." 28 U.S.C. § 1445(c). Suits for violation of *Ala. Code* § 25-5-11.1 "arise under" the Alabama Workmen's Compensation Act and are therefore barred from removal to federal court. *Lackey v. Gateway Homes, Inc.*, 944 F. Supp. 870 (N.D. Ala. 1996). Therefore, the plaintiff's action was removed improvidently, and without authority. It will



be **REMANDED** to the Circuit Court of Jefferson County, the court from which it was improvidently removed.¹

Done, this 27th of January, 1997.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

---

¹In remanding this action *sua sponte*, the court is aware that it may be intruding on ground heretofore reserved for another judge of the court. The court notes, however, that on a previous occasion, that same judge appropriated to his own use a term first coined by the undersigned, namely "superduper preemption." In other words, it is pay-back time. In the event the plaintiff should file a motion to remand this action, the court will enter an order that the matter is "Already Remanded."

2